FILED

MAR 0 4 2020

Clerk, U S District Court
District Of Montana
Billings

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAMES ALEXANDER LAFORGE,<br><br>Defendant. | CR 19-49-BLG-SPW<br><br><br>**ORDER TEMPORARILY RELEASING FEDERAL DETAINER** |

Upon the Defendant's Unopposed Motion for Temporary Stay of Federal Detainer (Doc. 44), and good cause appearing therefore;

IT IS HEREBY ORDERED that the federal detainer be STAYED to allow Defendant to attend his sister's funeral at the Church of Latter-Day Saints, 920 N. Cody Avenue, Hardin, Montana. Mr. LaForge's federal detainer is stayed starting **Wednesday, March 4, 2020 until Thursday, March 5, 2020 at 8:00 a.m.** when he shall be returned to the Yellowstone County Detention Facility. Mr. LaForge will be picked up by Adam Spang on Wednesday, March 4, 2020 and returned by Adam Spang by 8:00 a.m. on Thursday, March 5, 2020.

While released:

1. Defendant shall not use or possess any alcohol or drugs, or drug paraphernalia.

2. Adam Spang shall report any violations of the Defendant's conditions of release immediately to law enforcement and as soon as practicable to the Court.

The Clerk will give notice of this Order to the United States Marshals, counsel for defendant and government, and the Yellowstone County Detention Facility.

DATED this 4th day of March, 2020.

*Susan P. Watters*
SUSAN P. WATTERS
U. S. DISTRICT COURT JUDGE